IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRANT B. BARBER,

   Plaintiff,

  v.

RUBIN LUBLIN, LLC,

   Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-975-TWT

## ORDER

This is a Fair Debt Collection Practices Act action. It is before the Court on the Report and Recommendation [Doc. 27] of the Magistrate Judge recommending dismissing the action without prejudice with leave to amend. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice with leave to amend.

SO ORDERED, this 20 day of December, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Barber\r&r.wpd